UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
----------------------------------x
                                  :    DOCUMENT ELECTRONICALLY FILED
DEMODULATION, INC.,               :
                                  :
            Plaintiff,            :    Case No: 2:11-cv-00296-WJM-MF
vs.                               :
                                  :
APPLIED DNA SCIENCES, INC.,       :
CORNING INCORPORATED,             :    DECLARATION OF KURT JENSEN
UNIVERSITY, ALFRED                :
TECHNOLOGY RESOURCES, INC.,       :
JOHN AND JANE DOES 1-10           :
(fictitious names for individuals whose :
identities are not yet known), and :
XYZ CORPORATIONS 1-10             :
(fictitious names for corporations whose :
identities are not yet known),    :
                                  :
            Defendants.           :
                                  :
----------------------------------x
```

I, **KURT JENSEN**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1. I am the Chief Financial Officer of Defendant Applied DNA Sciences Inc. ("ADNAS"). I make this declaration in support of ADNAS's motion to dismiss the Complaint of Plaintiff Demodulation, Inc., on the grounds that this Court lacks personal jurisdiction over ADNAS and that the Complaint fails to state a claim against ADNAS. This affidavit is based upon my personal knowledge and documents I have reviewed.

2. ADNAS is a publicly traded corporation organized and existing under the laws of the State of Delaware. Its principal place of business, and offices, are in Stony Brook, New York. ADNAS is not licensed to do business in New Jersey. It has no offices or employees

in New Jersey, no telephone listing or mailing address in New Jersey, and no registered agent for the service of process in New Jersey.

3. ADNAS does not have any employees regularly assigned to work for it in New Jersey.

4. ADNAS does not own, use, or possess any real property located in New Jersey.

5. ADNAS does not advertise in local publications that are regionally distributed in New Jersey.

6. ADNAS is not, and never was, a party to any agreement with Plaintiff and, therefore, has not submitted to the jurisdiction of this Court under any contract, with respect to the claims asserted herein.

WHEREFORE, ADNAS respectfully requests an order (i) granting its motion dismiss the Complaint as against ADNAS, and (ii) for such other relief as the Court deems just and proper.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 8, 2011

_____
KURT JENSEN

95127649.2