**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DEMODULATION, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>APPLIED DNA SCIENCES, INC., CORNING INCORPORATED, ALFRED UNIVERSITY, ALFRED TECHNOLOGY RESOURCES, INC., JOHN AND JANE DOES 1-10 (fictitious names for individuals whose identities are not yet known), and XYZ CORPORATIONS 1-10 (fictitious names for corporations whose identities are not yet known),<br><br>          Defendants. | Civil Action No. 2:11-296 (WJM/MF)<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>*Filed Electronically* |

## STIPULATION AND ~~PROPOSED~~ ORDER

**THIS MATTER** having come before the Court upon the joint application of the undersigned counsel for Plaintiff Demodulation, Inc. ("Plaintiff") and the undersigned counsel for Defendants Applied DNA Sciences, Inc. ("ADNA"), Corning Incorporated ("Corning"), Alfred University ("Alfred"), and Alfred Technology Resources, Inc. ("ATRI") (collectively, "Defendants") for the entry of an Order: (1) extending the time within which Plaintiff may oppose Defendants' pending motions to dismiss, and (2) extending the time within which Defendants' may reply to Plaintiff's opposition to Defendants' motions to dismiss; and the undersigned counsel having consented to the instant request; and the Court having found good cause shown;

**IT IS** on this _29th_ day of February 2012; **ORDERED** as follows:

1.    Plaintiff's time within which to oppose Defendants' motions to dismiss the First Amended Complaint shall be extended to March 23, 2012.

2.    Defendants' time within which to reply to Plaintiff's opposing papers with respect to Defendants' motions to dismiss, shall be extended to April 13, 2012.

Dated: February 27, 2012

We hereby consent to the form and entry of the within Order:

**AROMANDO & LIGHT, LLC**
*Attorneys for Plaintiff*
*Demodulation, Inc.*

**FULBRIGHT & JAWORSKI LLP**
*Attorneys for Defendant*
*Applied DNA Sciences, Inc.*

BY: _/s/ Benjamin D. Light_____
   Benjamin D. Light
   195 Fairfield Avenue, Suite 4D
   West Caldwell, NJ 07006
   Tel.: (973) 403-9100

BY: _/s/ Felice B. Galant_____
   Felice B. Galant
   666 Fifth Avenue
   New York, NY 10103
   Tel.: (212) 318-3000

**CONNELL FOLEY LLP**
*Attorneys for Defendant*
*Corning Incorporated*

**DECOTIIS, FITZPATRICK, COLE
& WISLER, LLP**
*Attorneys for Defendant*
*Alfred University*

BY: _/s/ Liza M. Walsh_____
   Liza M. Walsh
   Rukhsanah L. Lighari
   85 Livingston Avenue
   Roseland, NJ 07068
   Tel.: (973) 535-0500

BY: _/s/ Gregory J. Bevelock_____
   Gregory J. Bevelock
   Glenpointe Centre West
   500 Frank W. Burr Boulevard
   Teaneck, NJ 07666
   Tel.: (201) 928-1100

David M. Lascell
Erika N.D. Stanat
HARTER SECREST & EMERY LLP
1600 Bausch and Lomb Place
Rochester, NY 14604
Tel.: (585) 232-6500

Richard D. Rochford
Kate A.F. Martinez
1300 Clinton Square
Rochester, NY 14604
Tel.: (585) 263-1000

**HARRIS BEACH PLLC**
*Attorneys for Defendant*
*Alfred Technology Resources, Inc.*

BY:  /s/  Steven A. Stadtmauer
    Steven A. Stadtmauer
    One Gateway Center, Suite 2500
    Newark, NJ 07102
    Tel.: (973) 848-1244

**SO ORDERED.**

_____
Honorable William J. Martini, U.S.D.J.