# HARRIS BEACH PLLC
ATTORNEYS AT LAW

May 21, 2012

SUITE 2500
ONE GATEWAY CENTER
NEWARK, NJ 07102
(973) 848-1244

STEVEN A. STADTMAUER

**VIA ECF**

DIRECT: (212) 313-5479
FAX:    (212) 687-0659
SSTADTMAUER@HARRISBEACH.COM

The Honorable Mark J. Falk
United States Magistrate Judge
United States District Court
District of New Jersey
U.S. Post Office & Courthouse, Room 457
1 Federal Square
Newark, New Jersey 07102

      Re:    *Demodulation Inc. v. Applied DNA Sciences, Inc., et al.*
                Case No. 2:11-cv-00296 (WJM/MJF)

**Motion Return Date:  June 4, 2012**

Dear Judge Falk:

      Defendant, Alfred Technology Resources, Inc. ("ATRI") has moved for a permanent sealing order pursuant to Local Civil Rule 5.3. The motion is on the Court's calendar for June 4, 2012. The motion seeks to make permanent the Temporary Sealing Order entered by Your Honor on April 30.

      Counsel for the parties involved in the motion have agreed that, with the Court's permission, the sealing motion should be deferred to permit related litigation in New York state court to proceed. However, since the state court hearing has been rescheduled for June 21, an adjournment to a date prior to the hearing would not be productive. Counsel therefore jointly request that the motion be adjourned to the Court's July 16, 2012 motion day. This is the first motion day where plaintiff's opposition would be due after the the June 21 New York hearing. Opposition would be due on July 2 and reply on July 9. The extension is agreed to, of course, on the condition that the Court's temporary order remain in effect and that the documents remain sealed.

      Although not directly involved in the motion, other counsel have been notified and have no objection to the adjournment.

Hon. Mark J. Falk
May 21, 2012
Page 2



      Thank you for the Court's time and attention to this request.  We are available to respond to any questions or concerns the Court may have.

                                                     Respectfully,

                                                *s/ Steven A. Stadtmauer*

                                               Steven A. Stadtmauer

STS:548954

cc:  All Counsel via ECF