DECOTIIS, FITZPATRICK & COLE, LLP
Glenpointe Centre West
500 Frank W. Burr Boulevard, Suite 31
Teaneck, New Jersey 07666
(201) 928-1100
*Attorneys for Defendant Alfred University*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMODULATION, INC., )<br>)<br>Plaintiff, )<br>)<br>- vs - )<br>)<br>APPLIED DNA SCIENCES, INC., CORNING )<br>INCORPORATED, ALFRED UNIVERSITY, )<br>ALFRED TECHNOLOGY RESOURCES, )<br>INC., JOHN AND JANE DOES 1-10 )<br>(fictitious names for individuals whose )<br>identities are not yet known), AND XYZ )<br>CORPORATIONS 1-10 (fictitious names for )<br>corporations whose identities are not yet )<br>known), )<br>)<br>Defendants. ) | Case No. 2:11-cv-00296-WJM-MF |

**ORDER ADMITTING COUNSEL *PRO HAC VICE***

This matter having been brought before the Court on Motion of DeCotiis, Fitzpatrick & Cole, LLP, attorneys of record for Defendant Alfred University (referred to as "defendant" or "Alfred University") for the entry of an Order admitting Richard D. Rochford, Esq. of the law firm Haynes and Boone, LLP to appear and participate *pro hac vice* for defendant; and with Counsel for all parties having consented to entry of such an Order; and the Court having considered the written submissions of the parties, and for good cause shown

**IT IS** on this 12 day of June, 2012,

**ORDERED** that Richard D. Rochford is hereby admitted *pro hac vice* in this matter on behalf of defendant pursuant to L.Civ.R. 101(c); and it is further

**ORDERED** that Richard D. Rochford shall abide by the disciplinary rules of this Court; and it is further

**ORDERED** that Richard D. Rochford shall, for the duration of the time that he serves as counsel *pro hac vice* in this matter, make annual payments to the New Jersey Lawyers' Fund for Client Protection as provided by New Jersey Court Rule 1:28-2(a); and it is further

**ORDERED** that Richard D. Rochford shall notify the Court immediately of any disciplinary matter affecting his standing at the Bar of any jurisdiction; and it is further

**ORDERED** that Richard D. Rochford shall have all pleadings, briefs and other papers filed with the Court in the above-captioned matters signed by Gregory J. Bevelock or his partners or associates as the attorneys of record in this matter pursuant to L.Civ.R. 101.1(c)(3); and it is further

**ORDERED** that Gregory J. Bevelock shall be responsible for all papers filed, for the conduct of this cause and for the conduct of Richard D. Rochford as counsel *pro hac vice* in the above-captioned matters; and it is further

**ORDERED** that noncompliance with any of these requirements shall constitute grounds for removal.

_____
Hon. Mark Falk, U.S.M.J.

6/12/12