# EXHIBIT D

*Demodulation LLC Proprietary and Confidential Information*

## 10.2 Year Two Income/Expense

| Year Two Income/Expense | | | | | |
|---|---|---|---|---|---|
| (in thousands) | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
| **Revenue:** | | | | | |
| **Product/Service Sales** | $1,000 | $1,250 | $1,250 | $1,500 | $5,000 |
| All other Sources | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenues** | $1,000 | $1,250 | $1,250 | $1,500 | $5,000 |
| **Expenses:** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Management Salaries | $75 | $75 | $75 | $75 | $300 |
| Non-Management Salaries | $160 | $160 | $175 | $175 | $670 |
| Production Expenses | $500 | $625 | $625 | $750 | $2,500 |
| Other | $75 | $75 | $100 | $100 | $350 |
| **Gross Margin** | $190 | $315 | $275 | $400 | $1,180 |
| Management Salaries | $180 | $210 | $270 | $300 | $960 |
| Non-Management Salaries | $60 | $90 | $120 | $160 | $430 |
| Operating Expenses | $40 | $50 | $60 | $70 | $230 |
| Bad Debt | $25 | $31 | $31 | $38 | $125 |
| Contributions | 0 | 0 | 0 | 0 | 0 |
| Depreciation | $86 | $86 | $86 | $86 | $344 |
| Loan Payment Interest | 0 | 0 | 0 | 0 | 0 |
| Other | $60 | $60 | $75 | $75 | $270 |
| **Total Operating Expenses** | $451 | $527 | $642 | $728 | $2,348 |

*Demodulation LLC Proprietary and Confidential Information*

| | | | | | |
|---|---|---|---|---|---|
| Pre-Tax Income | ($261) | ($212) | ($367) | ($328) | ($1,168) |
| Pre-Tax (%) | (26.1%) | (17%) | (29%) | (22%) | (23%) |
| Fed Tax Provisions | 0 | 0 | 0 | 0 | 0 |
| **Net Profit** | *($261)* | *($212* | *($367)* | *($328)* | *($1,168)* |

*Demodulation LLC Proprietary and Confidential Information*

## 10.3 Five Year Projected Income/Expense

| Five Year Projected Income/Expense | | | | | |
|---|---|---|---|---|---|
| (in thousands) | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Revenue:** | | | | | |
| Product/Service Sales | $1,600 | $5,000 | $12,000 | $70,000 | $300,000 |
| All other Sources | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenues** | $1,600 | $5,000 | $12,000 | $70,000 | $300,000 |
| **Expenses:** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Management Salaries | $300 | $300 | $600 | $1,300 | $3,000 |
| Non-Management Salaries | $390 | $670 | $1,500 | $3,000 | $8,000 |
| Production Expenses | $800 | $2,500 | $5,640 | $31,500 | $120,000 |
| Other | $183 | $350 | $700 | $3,500 | $15,000 |
| **Gross Margin** | ($73) | $1,180 | $3,560 | $30,700 | $154,000 |
| Management Salaries | $504 | $960 | $3,000 | $9,000 | $20,000 |
| Non-Management Salaries | $60 | $430 | $1,000 | $5,000 | $10,000 |
| Operating Expenses | $120 | $220 | $500 | $3,000 | $10,000 |
| Bad Debt | $40 | $125 | $300 | $1,750 | $7,500 |
| Contributions | 0 | 0 | 0 | 0 | 0 |
| Depreciation | $243 | $343 | $514 | $557 | $771 |
| Loan Payment Interest | 0 | 0 | 0 | 0 | 0 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Other | $180 | $270 | $1,000 | $5,000 | $12,000 |
| **Total Operating Expenses** | $1,147 | $2,348 | $6,314 | $24,307 | $60,271 |
| Pre-Tax Income | ($1,220) | ($1,168) | ($2,754) | $6,393 | $93,729 |

*Demodulation LLC Proprietary and Confidential Information*

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Pre-Tax (%) | (76%) | (23%) | (23%) | 9% | 31% |
| Fed Tax Provisions | 0 | 0 | 0 | $1,598 | $23,432 |
| **Net Profit** | **($1,220)** | **($1,168)** | **($2,754)** | **$4,795** | **$70,296** |

*Demodulation LLC Proprietary and Confidential Information*

## 10.4 Year 2003 Cash Flow

| Source of Funds<br>(read in thousands) | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| Beginning Cash | $2,049 | $2,184 | $5,039 | $6,328 | |
| Sales/Services Income | 0 | $126 | $461 | $684 | $1,271 |
| Sale of Assets | 0 | 0 | 0 | 0 | 0 |
| Customer Deposits | | | | | |
| Loans | | | | | |
| Contributed Capital | $6,875 | 0 | $1,875 | 0 | $8,750 |
| **Available Cash** | $970 | $676 | $2,412 | $2,308 | $10,021 |
| **Use of Funds** | | | | | |
| Salaries | $280 | $306 | $124 | $341 | $1,254 |
| Other Operating Expenses | $38 | $165 | $354 | $384 | $1,055 |
| Loan Payments | 0 | 0 | 0 | 0 | 0 |
| Capital Expenditures | $5,700 | 0 | 0 | 0 | $5,700 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Tax Payments | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Out** | $6,026 | $471 | $673 | $839 | $8,009 |
| **Net Cash Flow** | 849 | $504 | $2,167 | $2,013 | $2,013 |

*Demodulation LLC Proprietary and Confidential Information*

## 10.5 Year 2004 Cash Flow

| Year Two Cash Flow | | | | | |
|---|---|---|---|---|---|
| **Source of Funds** (read in thousands) | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
| Beginning Cash | $2,013 | $2,980 | $2,814 | $4,432 | $2,013 |
| Sales/Services Income | $890 | $1,140 | $1,250 | $1,390 | $4,671 |
| Sale of Assets | 0 | 0 | 0 | 0 | 0 |
| Customer Deposits | 0 | 0 | 0 | 0 | 0 |
| Loans | 0 | 0 | 0 | 0 | 0 |
| Contributed Capital | $1,875 | 0 | $1,875 | 0 | $3,750 |
| **Available Cash** | $4,778 | $4,121 | $5,939 | $5,823 | $10,434 |
| **Use of Funds** | | | | | |
| Salaries | $475 | $535 | $640 | $710 | $2,360 |
| Other Operating Expenses | $623 | $772 | $867 | $963 | $3,224 |
| Loan Payments | 0 | 0 | 0 | 0 | 0 |
| Capital Expenditures | $700 | 0 | 0 | 0 | $700 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Tax Payments | 0 | 0 | 0 | 0 | 0 |
| **Total Cash Out** | $1,798 | $1,307 | $1,507 | $1,673 | $6,284 |
| **Net Cash Flow** | $2,980 | $2,814 | $4,432 | $4,150 | $4,150 |

*Demodulation LLC Proprietary and Confidential Information*

## 10.6 Five Year Cash Flow Projection

| Five Year Cash Flow Projection | | | | | |
|---|---|---|---|---|---|
| **Source of Funds** (read in thousands) | 2003 | 2004 | 2005 | 2006 | 2007 |
| Beginning Cash | 0 | $2,013 | $4,150 | $4,297 | $10,056 |
| Sales/Services Income | $1,271 | $4,671 | $11,342 | $63,644 | $274,795 |
| Sale of Assets | 0 | 0 | 0 | 0 | 0 |
| Customer Deposits | 0 | 0 | 0 | 0 | 0 |
| Loans | 0 | 0 | 0 | 0 | 0 |
| Contributed Capital | $8,750 | $3,750 | $3,750 | $3,750 | 0 |
| | | | | | |
| **Available Cash** | $10,021 | $10,434 | $19,242 | $71,691 | $284,851 |
| | | | | | |
| **Use of Funds** | | | | | |
| Salaries | $1,254 | $2,360 | $6,100 | $18,300 | $41,000 |
| Other Operating Expenses | $1,055 | $3,224 | $7,646 | $40,236 | $149,736 |
| Loan Payments | 0 | 0 | 0 | 0 | 0 |
| Capital Expenditures | $5,700 | $700 | $1,200 | $1,500 | $3,000 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Tax Payments | 0 | 0 | 0 | $1,598 | $23,432 |
| | | | | | |
| **Total Cash Out** | $8,009 | $6,284 | $14,946 | $61,635 | $217,168 |
| | | | | | |
| ***Net Cash Flow*** | *$2,013* | *$4,150* | *$4,297* | *$10,056* | *$67,682* |

*Demodulation LLC Proprietary and Confidential Information*

## 10.7 Five Year Projected Balance Sheet

| Five Year Balance Sheet Projections | | | | | |
|---|---|---|---|---|---|
| (in thousands) | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Current Assets:** | | | | | |
| Cash | $2,013 | $4,150 | $4,297 | $10,056 | $67,682 |
| Accounts Receivable | $329 | 658 | $1,315 | $7,671 | $32,877 |
| Inventories | $206 | $471 | $1,041 | $4,845 | $18,000 |
| Historical Other | 0 | 0 | 0 | 0 | 0 |
| **Total Current Assets** | **$2,548** | **$5,278** | **$6,652** | **$22,572** | **$118,559** |
| **Fixed Assets:** | | | | | |
| Bldgs & Equipment | $1,700 | $2,400 | $3,600 | $5,100 | $8,100 |
| Non-depreciable Assets | $3,000 | $3,000 | $3,000 | $3,000 | $3,000 |
| Depreciation | ($243) | ($586) | ($1,100) | ($1,657) | ($2,429) |
| **Total Fixed Assets** | **$4,457** | **$4,814** | **$5,500** | **$6,443** | **$8,671** |
| Other Assets | $794 | $529 | 0 | 0 | 0 |
| **Total Assets** | **$7,799** | **$10,622** | **$12,152** | **$29,015** | **$127,230** |
| **Current Liabilities** | | | | | |
| Accounts Payable | $268 | $509 | $1,004 | $5,517 | $20,281 |
| Short Term Loans | 0 | 0 | 0 | 0 | 0 |
| Short Term Liabilities | 0 | 0 | $41 | $3,845 | $17,000 |
| Historical Other | 0 | 0 | 0 | 0 | 0 |
| **Total Current Liabilities** | **$268** | **$509** | **$1,044** | **$9,362** | **$37,281** |
| Customer Dep. Liabilities | 0 | 0 | 0 | 0 | 0 |
| Long-Term Liabilities | 0 | 0 | 0 | 0 | 0 |

*Demodulation LLC Proprietary and Confidential Information*

| | | | | | |
|---|---|---|---|---|---|
| **Total Liabilities** | *$268* | *$509* | *$1,044* | *$9,362* | *$37,281* |
| **Stockholder's Equity:** | | | | | |
| Contributed Capital | 8,750 | 12,500 | 16,250 | 20,000 | 20,000 |
| Retained Earnings | ($1,220) | ($2,387) | ($5,142) | ($347) | $69,949 |
| **Total Stockholder Equity** | **$7,530** | **$10,113** | **$11,108** | **$19,653** | **$89,949** |
| **Liabilities + Equity** | **$7,799** | **$10,622** | **$12,152** | **$29,015** | **$127,230** |

*Demodulation LLC Proprietary and Confidential Information*

## 10.8 Financial Alternatives to the Base Case

| | Best Case Planning Budget (+25%) | | | | |
|---|---|---|---|---|---|
| (in thousands) | 2003 | 2004 | 2005 | 2006 | 2007 |
| **Revenue:** | | | | | |
| Product/Service Sales | $2,000 | $6,250 | $15,000 | $87,500 | $375,000 |
| All other Sources | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenues** | $2,000 | $6,250 | $15,000 | $87,500 | $375,000 |
| **Expenses:** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Management Salaries | $300 | $300 | $600 | $1,300 | $3,000 |
| Non-Management Salaries | $390 | $670 | $1,500 | $3,000 | $8,000 |
| Production Expenses | $800 | $2,500 | $5,640 | $31,500 | $120,000 |
| Other | $183 | $350 | $700 | $3,500 | $15,000 |
| **Gross Margin** | $327 | $2,430 | $6,560 | $48,200 | $229,000 |
| Management Salaries | $504 | $960 | $3,000 | $9,000 | $20,000 |
| Non-Management Salaries | $60 | $430 | $1,000 | $5,000 | $10,000 |
| Operating Expenses | $120 | $220 | $500 | $3,000 | $10,000 |
| Bad Debt | $40 | $125 | $300 | $1,750 | $7,500 |
| Contributions | 0 | 0 | 0 | 0 | 0 |
| Depreciation | $243 | $343 | $514 | $557 | $771 |
| Loan Payment Interest | 0 | 0 | 0 | 0 | 0 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Other | $180 | $270 | $1,000 | $5,000 | $12,000 |
| **Total Operating Expenses** | $1,147 | $2,348 | $6,314 | $24,307 | $60,271 |
| Pre-Tax Income | ($820) | $82 | $245 | $23,893 | $168,729 |

Demodulation LLC Company Confidential                                                     Page 87 of 93

*Demodulation LLC Proprietary and Confidential Information*

| | | | | | |
|---|---:|---:|---:|---:|---:|
| Pre-Tax (%) | (.41%) | 1.3% | 1.64% | 27.31% | 45% |
| Fed Tax Provisions | 0 | $21 | $61 | $5,973 | $42,182 |
| **Net Profit** | **($820)** | **$62** | **$184** | **$17,920** | **$126,546** |

*Demodulation LLC Proprietary and Confidential Information*

## Worst Case Planning Budget (-25%)

| (in thousands) | 2003 | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|---|
| **Revenue:** | | | | | |
| Product/Service Sales | $1,200 | $3,750 | $9,000 | $52,000 | $225,000 |
| All other Sources | 0 | 0 | 0 | 0 | 0 |
| **Total Net Revenues** | $1,200 | $3,750 | $9,000 | $52,000 | $225,000 |
| **Expenses:** | | | | | |
| **Cost of Goods Sold** | | | | | |
| Management Salaries | $300 | $$300 | $600 | $1,300 | $3,000 |
| Non-Management Salaries | $390 | $670 | $1,500 | $3,000 | $8,000 |
| Production Expenses | $800 | $2,500 | $5,640 | $31,500 | $120,000 |
| Other | $183 | $350 | $700 | $3,500 | $15,000 |
| **Gross Margin** | ($473) | ($70) | ($560) | $12,000 | $79,000 |
| Management Salaries | $504 | $960 | $3,000 | $9,000 | $20,000 |
| Non-Management Salaries | $60 | $430 | $1,000 | $5,000 | $10,000 |
| Operating Expenses | $120 | $220 | $500 | $3,000 | $10,000 |
| Bad Debt | $40 | $125 | $300 | $1,750 | $7,500 |
| Contributions | 0 | 0 | 0 | 0 | 0 |
| Depreciation | $243 | $343 | $514 | $557 | $771 |
| Loan Payment Interest | 0 | 0 | 0 | 0 | 0 |
| Dividends | 0 | 0 | 0 | 0 | 0 |
| Other | $180 | $270 | $1,000 | $5,000 | $12,000 |
| **Total Operating Expenses** | $1,147 | $2,348 | $6,314 | $24,307 | $60,271 |
| **Pre-Tax Income** | ($1,620) | ($2,417) | ($6,874) | ($12,307) | $18,729 |

*Demodulation LLC Proprietary and Confidential Information*

| | | | | | |
|---|---|---|---|---|---|
| Pre-Tax (%) | (.95%) | (.64%) | (.07%) | (.23%) | 8.05% |
| Fed Tax Provisions | 0 | 0 | 0 | 0 | $4,682 |
| **Net Profit** | **($1,620)** | **($2,417)** | **($6,874)** | **($12,307)** | **$14,046** |

*Demodulation LLC Proprietary and Confidential Information*

## 10.9 Financial Charts

### 10.9.1  Five Year Profit & Loss



### 10.9.2  One Year Break Even



*Demodulation LLC Proprietary and Confidential Information*

### 10.9.3  Two Year Break Even



### 10.9.4  Five Year Break Even



*Demodulation LLC Proprietary and Confidential Information*

### 10.9.5 One Year Cash Flow



### 10.9.6 Two Year Cash Flow



### 10.9.7 Five Year Cash Flow

