CALLAGY LAW
*A Limited Liability Company*
Benjamin D. Light, Esq.
Matthew R. Major, Esq.
650 From Road, Suite 565
Mack-Cali Centre II
Paramus, New Jersey 07652
Phone: (201) 261-1700
Fax: (201) 261-1775
*Attorneys for Plaintiff Demodulation Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEMODULATION, INC.,<br><br>            Plaintiff,<br><br>v.<br><br>CORNING INCORPORATED, ET AL.,<br><br>           Defendants. | Civil Action No. 11-296 (WJM)<br><br>NOTICE OF MOTION TO ENFORCE NON-PARTY SUBPOENAS |

PLEASE TAKE NOTICE that on the 17th day of March, 2014 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for Plaintiff, Demodulation, Inc. ("Demodulation") will move (the, Motion") before the Hon. Mark Falk, United States Magistrate Judge for the District of New Jersey, at the United States Courthouse, 50 Walnut Street, Newark, New Jersey, 17102 for the entry of an Order (the, "Order"): (i) enforcing the non-party subpoena served on Rudolph W. Giuliani ("Giuliani") on February 5, 2014 by ordering Giuliani to appear for a deposition within fifteen days and to forthwith produce true and accurate copies of all subpoenaed documents; and (ii) enforcing the non-party subpoena served on Giuliani Partners, LLC ("Giuliani Partners"), on December 11, 2013 by ordering Giuliani Partners to designate the

appropriate person to appear for a deposition within fifteen days and to forthwith produce true and accurate copies of all subpoenaed documents;

PLEASE TAKE FURTHER NOTICE that in support of the instant Motion, Plaintiff will rely upon the Notice of Motion, Statement in Lieu of Brief, and the Certification of Benjamin D. Light, Esq;

PLEASE TAKE FURTHER NOTICE that Plaintiff hereby consents to disposition on the papers unless written opposition is timely filed; and

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is also submitted herewith, and that Plaintiff consents to the entry of the proposed form of Order.

Respectfully submitted,

CALLAGY LAW
*A Limited Liability Company*

By: */s/ Benjamin D. Light, Esq.*
Benjamin D. Light, Esq.
650 From Road, Suite 565
Mack-Cali Centre II
Paramus, New Jersey 07652
Phone: (201) 261-1700
Fax: (201) 261-1775
E-mail: blight@callagylaw.com
*Attorneys for Plaintiff Demodulation Inc.*

Dated: February 21, 2014