UNITED STATES DISTRICT COURT
OF THE
DISTRICT OF NEW JERSEY

DEMODULATION, INC.,

               Plaintiff,

v.

CORNING, INC. ET AL.,

               Defendants.

Civil Action No. 2:11-CZ-296

### DECLARATION OF RUDOLPH W. GIULIANI

Having been duly sworn, I, Rudolph W. Giuliani, being over the age of 18 years, and having personal knowledge of the statements contained herein, declare as follows:

1. I am the Chairman and Chief Executive Officer of Giuliani Partners LLC ("Giuliani Partners"), a management and security consulting business. I make this Declaration in connection with a subpoena for my appearance at a deposition in connection with the case captioned *Demodulation, Inc. v. Corning, Inc. et al.*, Civ. No. 2:11-CZ-296. My understanding is that the subpoena, dated January 15, 2014, names me personally and therefore calls for my appearance in my personal capacity.

2. As the CEO of Giuliani Partners, my current recollection is that Giuliani Partners entered into a consulting agreement with Applied DNA Sciences, Inc. ("ADNAS") in or around August 2004. All of these events occurred almost ten (10) years ago and my recollection is quite limited.

3. My current recollection is that I attended a few meetings with representatives of ADNAS nearly a decade ago. I have no current recollection of the identities of the ADNAS representatives at those meeting or the details of the discussions that took place. I also recall attending a conference at which some of the ADNAS representatives were present and I and others discussed ADNAS's technology. I do not recall if it was a conference sponsored by ADNAS or others at which they were present. I recall some time later I was informed of a negative article in the press about ADNAS. My partners and I decided to terminate our relationship with ADNAS, which we did in or about April 2005.

4. Another employee or employees of Giuliani Partners would have had responsibility for the relationship between Giuliani Partners and ADNAS in or around August 2004. As such, I have no unique or superior knowledge concerning the consulting arrangement between Giuliani Partners and ADNAS.

5. I do not have any documents in my personal possession that are responsive to the document requests contained in the subpoena.

I declare under the penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

_____
Rudolph W. Giuliani

DATED: February 24, 2014